# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW DONLEY APSIT, | CV F   04-6323 AWI SMS HC |
|     Petitioner, | INFORMATIONAL ORDER TO PETITIONER |
|   v. | |
| K. PROSPER, Warden, | |
|     Respondent. | |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On September 12, 2006, the Magistrate Judge assigned to this case issued Findings and Recommendations recommending that the instant petition for writ of habeas corpus be denied on the merits. (Court Doc. 12.)

    On September 26, 2006, Petitioner filed a notice of appeal and request for the issuance of a certificate of appealability. (Court Doc. 13.) It appears that Petitioner is under the belief that the Findings and Recommendations issued by the Magistrate Judge is the final order denying the petition. However, as stated in the Findings and Recommendations, [w]ithin thirty (30) days after being served with a copy, any party may file written objections with the court and serve a copy on all parties." (Court Doc. 12, at 17.) Thus, the Findings and Recommendations are not a final order disposing of the case, but rather a recommendation to the undersigned, which may be adopted in full, modified, or rejected. Because of Petitioner's apparent confusion, the Court will

1

1 | extend the deadline to file objections, if he so desires.[1]

2 |     Accordingly, it is HEREBY ORDERED that:

3 |     1.    The notice of appeal and request for certificate of appealability shall be
4 |         DISREGARDED as premature, as the Court is granting Petitioner an extension of
5 |         the deadline to file objections; and

6 |     2.    Within **thirty (30)** days from the date of service of this order, Petitioner may file
7 |         objections to the Findings and Recommendations issued September 12, 2006.

9 | IT IS SO ORDERED.

10 | **Dated:**    **October 6, 2006**          **/s/ Anthony W. Ishii**
    0m8i78                                 UNITED STATES DISTRICT JUDGE

---

[1] Petitioner is advised, as stated in the Findings and Recommendations, "failure to file objections within the specified time may waive the right to appeal the District Court's order." (Court Doc. 12, at 18.)