UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW DONLEY APSIT,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>K. PROSPER, Warden,<br><br>　　　　Respondent. | 1:04-CV-06323-AWI-SMS-HC<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE OBJECTIONS<br><br>(Docs. 16, 17) |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On November 3, 2006, and November 4, 2006, petitioner filed motions for an extension of time to file objections to the Magistrate's findings and recommendations of September 12, 2006. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file objections.

IT IS SO ORDERED.

**Dated:   November 27, 2006**　　　　　　/s/ Sandra M. Snyder
ah0l4d　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE