1
2
3
4
5
6

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ANDREW DONLEY APSIT,                )    1:04-cv-06323-AWI-SMS-HC
                                    )
          Petitioner,               )    **ORDER ADOPTING FINDINGS AND**
                                    )    **RECOMMENDATIONS** (Doc. 12)
v.                                  )
                                    )    **ORDER DENYING PETITION FOR**
K. PROSPER, Warden,                 )    **WRIT OF HABEAS CORPUS**
                                    )
          Respondent.               )    **ORDER DIRECTING CLERK TO**
_____    )    **ENTER JUDGMENT**

          Petitioner is a state prisoner proceeding pro se with a

Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

          On September 12, 2006, the Magistrate Judge filed Findings and

Recommendations that the instant Petition for Writ of Habeas Corpus

be DENIED, and the Clerk of Court be directed to enter judgment in

favor of Respondent.  These Findings and Recommendations were

served on all parties and contained notice that any objections were

to be filed within thirty (30) days from the date of service of

that order.  On November 3, 2006, Petitioner filed a motion to

extend time.  On November 6, 2006, the court granted Petitioner an

additional thirty (30) days within which to respond.  On November

22, 2006, Petitioner filed objections to the Findings and

Recommendations.

1

1   In accordance with the provisions of 28 U.S.C. § 636

2   (b)(1)(C), this Court has conducted a *de novo* review of the case.

3   Having carefully reviewed the entire file, including Petitioner's

4   objections, the Court concludes that the Magistrate Judge's

5   Findings and Recommendations are supported by the record and proper

6   analysis.  Petitioner's objections present no grounds for

7   questioning the Magistrate Judge's analysis.

8       Petitioner claims that this court should not give deference to

9   the state court's findings on the <u>Miranda</u> claim because the state

10  court never gave Petitioner a hearing.   To the contrary, prior to

11  trial, the trial court held a hearing pursuant to California

12  Evidence Code § 402 to determine if Petitioner's incriminating

13  statements violated <u>Miranda</u>.  While Plaintiff may dispute the facts

14  as found by the California courts concerning the officers' conduct,

15  pursuant to 28 U.S.C. § 2254(e), these factual findings are

16  presumed to be correct on federal habeas corpus review.  Petitioner

17  has failed to rebut this presumption.

18      In addition, for this court to grant habeas corpus relief, the

19  court must find that any instructional error "so infected the

20  entire trial that the resulting conviction violates due process."

21  <u>Henderson v. Kibbe</u>, 431 U.S. 145, 154 (1977);  <u>Cupp v. Naughten</u>,

22  414 U.S. 141, 146 (1973); <u>Jeffries v. Bladgett</u>, 5 F.3d 1180, 1195

23  (9th Cir. 1993).  The showing of a due process violation for jury

24  instruction error is much higher on collateral review than on

25  direct review.  <u>Henderson</u>, 431 U.S. at 154, 97 S.Ct. at 1736

26  (1977). Federal habeas relief is warranted only if the Court, after

27  reviewing the record, has "grave doubt" as to the error's effect.

28  <u>Stanton v. Benzler</u>, 146 F.3d 726, 728 (9th Cir.1998).  Petitioner

2

1   has presented his arguments that the trial court erred under

2   California law regarding the jury instructions to the California

3   Court of Appeal and California Supreme Court, and these California

4   courts determined that the trial court did not violate California

5   law.  This court must accept the state court's interpretation of

6   its own law.  See Langford v. Day, 110 F.3d 1380, 1389 (9th Cir.

7   1996).   In addition, as found by the Magistrate Judge, given the

8   overwhelming evidence against Petitioner, any instructional errors

9   did not prejudice Plaintiff.

10        Accordingly, IT IS HEREBY ORDERED that:

11        1.    The Findings and Recommendations, filed September 12,

12              2006, are ADOPTED IN FULL;

13        2.    The Petition for Writ of Habeas Corpus is DENIED; and,

14        3.    The Clerk of Court enter judgment in favor of Respondent.

15

16   IT IS SO ORDERED.

17   **Dated:    March 13, 2007**              _____/s/ Anthony W. Ishii_____
     0m8i78                                    UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

3